VIRGINIA M. WOOLSEY, respondent,

*v.*

EUGENE WOOLSEY, appellant.

[Argued March 21st, 1911.  Decided June 19th, 1911.]

On appeal from a decree of the prerogative court made by the ordinary.

*Mr. Charles L. Carrick,* for the appellant.

*Mr. Sherrerd Depue,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of the ordinary, reported *ante p. 517.*

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDEN-BURGH, CONGDON, SULLIVAN—11.

*For reversal*—None.